Dismissed and Memorandum Opinion filed November 12, 2004









Dismissed and Memorandum Opinion filed November 12,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00705-CV

____________

 

WALTER K.
BERRY, SR, Appellant

 

V.

 

SOUTHWESTERN
BELL YELLOW PAGES, Appellee

 



 

On Appeal from County Civil Court
at Law. No. 3

 Harris County, Texas

Trial Court Cause
No. 798,958 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 5, 2004.

On November 1, 2004, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 12, 2004.

Panel consists of Justices Yates,
Edelman, and Guzman.